IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIN CLARK AND TERRILL WAKEFIELD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TENNESSEE STATE UNIVERSITY, ) <br> ) <br> Defendant. ) | Civil No. 3:22-cv-00619 <br> Judge Trauger |

## ORDER

Pursuant to the Joint Status Report filed on February 10, 2025 (Doc. No. 29), it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own discretionary costs.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge